■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURLEY NELSON, on Behalf of DERIC NELSON, Petitioner, v CHARLES J. HYNES et al., Respondents. [951 NYS2d 916]—

The petitioner has failed to establish that he is entitled to relief in a habeas corpus proceeding (*see People ex rel. Nizin v Schriro*, 77 AD3d 692 [2010]). Rivera, J.P., Dickerson, Hall and Roman, JJ., concur.